**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

Plaintiff,

V

Case No.: 26-mj-30318
HON.

TERRANCE PARKER,

Defendant.

______________________________________/

**EMERGENCY MOTION FOR THE TEMPORARY RETURN OF PASSPORT AND AUTHORIZATION TO TRAVEL OUT OF THE COUNTY TO MEXICO FOR A PREPAID FAMILY VACATION**

Now comes Defendant, TERRANCE PARKER, by and through his counsel, Larry R. Polk, and hereby files this Emergency Motion for the temporary return of passport and authorization to travel out of the county to Mexico for a prepaid family vacation, and in support states the following:

1. Mr. Parker is currently released on bond.

2. Mr. Parker has a prepaid family vacation trip scheduled from July 9 until July 14, 2026. is from September 12, 2021 to September 20, 2021.

3. Mr. Parker and his family are scheduled to travel to Mexico.

4. Mr. Parker has no prior criminal history

5. Mr. Parker has strong family and community ties to Michigan.

6. Mr. Parker's vacation was scheduled prior to the indictment.

7. Mr. Parker is requesting permission to travel with his family on this prepaid vacation.

8. Mr. Parker has complied with every condition of release, maintained stable employment and residence, and demonstrated no risk of flight or danger.

9. Mr. Parker has no history of failing to appear and no foreign ties suggesting risk of absconding.

10. Mr. Parker has fully complied with all the bond conditions.

11. Pretrial Services has confirmed that Defendant remains compliant and has no objection to temporary travel under the conditions proposed.

12. Under 18 U.S.C. § 3142(c)(3), the Court "may at any time amend the order to impose additional or different conditions of release."

13. Courts in this District routinely grant temporary travel when a defendant has demonstrated compliance, stability, and a legitimate purpose for travel.

14. The passport surrender and travel restriction are conditions of release that may be modified when the record shows continued compliance, strong community ties, and a legitimate, time-limited purpose for travel.

15. Mr. Parker has suggested the following safeguards:

(a) Passport released to Defendant 48 hours before departure.

(b) Defendant provides full itinerary, lodging information, and contact numbers.

(c) Defendant checks in with Pretrial Services upon departure, upon arrival, and upon return.

(d) Passport returned to Pretrial Services within 24 hours of re-entry.

(e) Mr. Parker remains subject to all other bond conditions.

16. These conditions mirror those commonly imposed in this District for temporary international travel.

17. Accordingly, Mr. Parker has demonstrated full compliance, strong ties to Michigan, and a legitimate, prepaid family obligation.

18. The proposed travel is short, structured, and easily monitored.

19. For these reasons, Mr. Parker respectfully requests that the Court grant this emergency motion.

WHEREFORE, Mr. TERRANCE PARKER, respectfully requests that this Court enter an order:

A. Directing Pretrial Services to temporarily release Defendant's passport;

B. Authorizing Defendant to travel to Mexico for a prepaid family vacation during the dates July 9-July 14, 2026;

C. Immediate return of the passport to Pretrial Services upon re-entry to the United States; and

D. Any additional relief the Court deems just and proper.

Submitted By:

By:/s/ *Larry R. Polk*

LARRY R. POLK, (P48164)
Attorney for Defendant
500 Griswold, Suite 2340
Detroit, Michigan 48226
(313) 965-6633 (Office)
(313) 965-9858 (Facsimile)
lpolk14405@aol.com (Email)

June 29, 2026