UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRENCE PARKER,

Defendant.
_______________________________/

18 U.S.C. § 666(a)(2)

Case: 2:26–cr–20749
Assigned To : White, Robert J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 11/4/2026
Description: INFO USA v. PARKER (tt)

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
## Federal Program Bribery
## (18 U.S.C. § 666(a)(2))

1. At all times material to this Information, the Detroit Transportation Corporation (DTC) was an agency of local government that was responsible for the maintenance and operation of the Detroit People Mover, an automated light rail system in Detroit, Michigan. The DTC received more $10,000 in federal assistance in any one-year period during calendar years 2023, 2024, and 2025.

2. Michael Anderson was an agent of DTC. Anderson was employed at DTC as a Strategic Sourcing and Procurement Director between March 2022 and

April 2025. In that role, Anderson was responsible, among other things, for selecting outside vendors to perform various services for DTC. Anderson was also responsible for approving invoices from those vendors after work was performed and forwarding the approved invoices to DTC's accounting staff for payment.

3. Defendant Terrence Parker owned a business called Total Care Restoration (TCR), which specialized in restoration work for homes damaged by fire, flooding, and the like.

4. Between January 2023 and March 2025, in the Eastern District of Michigan, defendant Terrence Parker did give, offer, and agree to give things of value to a person, specifically Michael Anderson, intending to influence and reward Anderson, an agent of the DTC, in connection with a series of transactions of the DTC involving $5,000 or more.

All in violation of Title 18, United States Code, Section 666(a)(2).

## FORFEITURE ALLEGATION

**(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – *Criminal Forfeiture*)**

The allegations of Count One of this Information are incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

If convicted of violating Title 18, United States Code,

Section 666(a)(1)(B), defendant Parker shall forfeit to the United States of America, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The forfeiture in this case may include entry of a forfeiture money judgment against defendant Parker in an amount up to the value of proceeds that Parker obtained as a result of Count One.

If, by any act or omission of defendant Parker, the proceeds of the offense cannot be located upon the exercise of due diligence, have been transferred, sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially diminished in value, or have been commingled with other property which cannot be divided without difficulty, the United States of America shall seek to forfeit substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), up to the value of the forfeitable property described above.

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

S/John K. Neal
JOHN K. NEAL
Chief, Anti-Corruption Unit
Assistant United States Attorney

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 26-20749 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: 26-cr-20616 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned: Susan K. DeClercq** |
| ☐ Yes ☒ No | **AUSA's Initials:** J.K.N |

**Case Title:** USA v. Terrence Parker

**County where offense occurred :** Wayne County and Elsewhere

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__Indictment/ ✓ Information --- based upon prior complaint [**Case number: 26−mj−30318** ]
__Indictment/ __Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________________ **Judge:** ____________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 04, 2026
Date

/s/ John K. Neal

John K. Neal
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:313-226-9100
Fax:
E-Mail address: John.Neal@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.